In re Petition of Katie Holub, appellee, v. Michael Paitl and Josephine Paitl, appellants. Gen. No. 38,956.

Opinion filed December 30, 1936.

William S. Kleinman, for appellants. No appearance for appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Cora B. Spencer, appellant, v. City of Chicago, appellee. Gen. No. 38,984.

Opinion filed December 30, 1936.

Leopold Saltiel, for appellant. Barnet Hodes, Corporation Counsel, Alexander M. Smietanka and Joseph J. Sullivan, Assistant Corporation Counsel, for appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.

Peter L. Evans, plaintiff, v. Worthie W. Haynes et al., defendants. Peter L. Evans, appellant, v. Wilbur E. Howett et al., appellees. Gen. No. 38,993.

Opinion filed December 30, 1936.

Harry A. Carlson, for appellant. No appearance for appellees.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.